# Order

Michigan Supreme Court
Lansing, Michigan

May 28, 2013

144857

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

WOODWARD NURSING CENTER, INC.,
          Plaintiff-Appellant,
and

DR. MEER J. DEEN,
          Plaintiff,

v

MEDICAL ARTS, INC.,
          Defendant-Appellee,
and

A-1 INTERNATIONAL MEDICAL
PERSONNEL, KEVIN PRICE, and KAREN
DROZ,
          Defendants.

SC: 144857
COA: 295297
Wayne CC: 07-701593-CK

_____/

      On order of the Court, the application for leave to appeal the February 16, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013


Clerk

t0520